IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00792-ZLW-MEH

JOYCE L. CHARTIER,

    Plaintiff,

v.

CHRIS SALYERS,
THE TOWN OF AKRON,
LARRY KUNTZ, Washington County Sheriff's Dept.,
AKRON POLICE,
BOARD AND TOWN OF AKRON,
TOWN OF AKRON COMMISSIONERS,
DOES 1 through 10, and
DOE ENTITIES 1 through 10, inclusive,

    Defendants.

---

ORDER

---

The matter before the Court is Defendants' Motion For Extension Of Time And To Adopt Defendants' Motion To Dismiss With Respect To Plaintiff's Amended Complaint. After Defendants filed a motion to dismiss Plaintiff's original Complaint, Plaintiff filed an Amended Complaint. Plaintiff was not required to obtain leave of court before doing so,[1] and the Amended Complaint (Doc. No. 13) is now the operative pleading in this case. If Defendants wish to pursue a motion to dismiss the *Amended*

---

[1] See Glenn v. First Nat'l Bank, 868 F.2d 368, 370 (10th Cir. 1989) (a motion to dismiss is not a "responsive pleading" for purposes of Fed. R. Civ. P. 15(a)).

Complaint, which it appears they do, Defendants must file a revised version thereof which addresses the Amended Complaint.  Accordingly, it is

ORDERED that Defendants' Motion For Extension Of Time And To Adopt Defendants' Motion To Dismiss With Respect To Plaintiff's Amended Complaint (Doc. No. 17) is granted to the extent that it requests an extension of time to file a responsive pleading or motion to Plaintiff's Amended Complaint, and Defendants shall file a responsive pleading or motion on or before August 17, 2007.  It is

FURTHER ORDERED that Defendants' Motion For Extension Of Time And To Adopt Defendants' Motion To Dismiss With Respect To Plaintiff's Amended Complaint (Doc. No. 17) is denied to the extent that it requests that the Court "adopt" Defendants' original motion to dismiss as a motion to dismiss the Amended Complaint.  It is

FURTHER ORDERED that Defendants' Motion To Dismiss (Doc. No. 7) is moot.  It is

FURTHER ORDERED that Plaintiff's Motion For Leave To File Supplemental And Amended Pleading And To Amend Caption (Doc. No. 10) is moot.  It is

FURTHER ORDERED that the hearing on Defendants' Motion To Dismiss (Doc. No. 7) previously set in this case for September 5, 2007, at 2:00 p.m. is **vacated**.  The Court will set a new hearing upon the filing of any new motion by Defendants.  It is

FURTHER ORDERED that **in the future the parties shall comply with D.C.COLO.LCivR 7.1A.**

DATED at Denver, Colorado, this ___7___ day of August, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court