IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00792-ZLW-MEH

JOYCE L. CHARTIER,

  Plaintiff,

v.

CHRIS SALYERS,
THE TOWN OF AKRON,
LARRY KUNTZ, Washington County Sheriff's Dept.,
AKRON POLICE,
BOARD AND TOWN OF AKRON,
TOWN OF AKRON COMMISSIONERS,
DOES 1 through 10, and
DOE ENTITIES 1 through 10, inclusive,

  Defendants.
_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: October ___10___, 2007


  It is ORDERED that Defendants' Motion To Strike Plaintiff's Response To Motion To Dismiss As Untimely (Doc. No. 26) is denied.