IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00792-ZLW-MEH

JOYCE L. CHARTIER,

    Plaintiff,

v.

CHRIS SALYERS,
LARRY KUNTZ, Washington County Sheriff's Dept.,
BOARD OF TRUSTEES FOR THE TOWN OF AKRON,
DOES 1 through 10, and
DOE ENTITIES 1 through 10, inclusive,

    Defendants.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: November __30__, 2007

    In consideration of this Court's Order dated August 7, 2007 (Doc. No. 18), it is

    ORDERED that Plaintiff's Motion For Leave To File Supplemental And Amended Pleading And To Amend Caption (Doc. No. 11; Jul. 16, 2007) is denied as moot.